# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D2025-0593
Lower Tribunal No. 2024-CA-005280

—————————————————

VANESSA DIAZ,

Appellant,

v.

BODENVY, LLC d/b/a BODENVY COOLSCULPTING ORLANDO, HELENA KUCIK, and JAMES KUCIK,

Appellees.

—————————————————

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

February 10, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Louiza Tarassova, of Lou Law, Winter Park, for Appellant.

Alyssa M. Reiter, of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED